IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES KEN ANDERSON                                                                                           PLAINTIFF
ADC #99355

v.                                           NO. 5:11CV00258 JLH/BD

RAY HOBBS, et al.                                                                                            DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommended Disposition ("Recommendation") received from Magistrate Judge Beth Deere. No objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Anderson's claims against Defendant Deb York are DISMISSED, without prejudice. His motion for preliminary injunctive relief (docket entries #8 and #19) are DENIED.

IT IS SO ORDERED this 7th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE