**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMES KEN ANDERSON,                                                                 PLAINTIFF
ADC #99355

v.                               NO. 5:11CV00258 JLH/BD

RAY HOBBS, *et al*.                                                         DEFENDANTS

## **ORDER**

James Ken Anderson has filed two motions for preliminary injunctive relief, a motion for leave to file an amended motion for preliminary injunctive relief, seven motions for leave to file a motion for permissive joinder of parties or a supplemental complaint, and a motion for declaratory and injunctive relief. Anderson's pattern of filing excessive, duplicative motions is an abuse of the judicial process.

Due to the number of confusing, duplicative motions he has filed, it is unclear what parties or claims Anderson seeks to add to this lawsuit. It is clear, however, that Anderson has not come forward with any evidence to indicate that he faces immediate danger or irreparable harm; rather, the evidence supports the defendants' position that Anderson's medical needs have been, and are being, regularly monitored. Without the threat of irreparable harm, the Court cannot issue a preliminary injunction. *Mid-Am. Real Estate Co. v. Iowa Realty Co.*, 406 F.3d 969, 977 (8th Cir. 2005). Therefore, the aforementioned motions are DENIED. Documents #51, #54, #72, #75, #77, #94, #96, #101, #104, #105, #106.

If Anderson still seeks to add a new party or an additional claim, he may file <u>one</u> motion to amend and attach his proposed amended complaint, within fourteen days. He must not attach any evidence to either his motion or his proposed amended complaint. The proposed amended complaint must include "a short and plain statement of the claim showing that [he] is entitled to relief." Fed.

R. Civ. P. 8(a)(2). The Court will only permit the addition of a new claim or a new defendant if the new claim or new defendant is directly related to the claims already raised in this lawsuit.

If Anderson attempts to file more than a single proposed motion to amend or additional motions for joinder, the Clerk of the Court is directed to reject those proposed filings. And if Anderson continues this pattern of excessive filings, he risks having this lawsuit dismissed.

Anderson's motion for an extension of time is DENIED as moot. Document #102.

IT IS SO ORDERED this 23rd day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE