# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JAMES KEN ANDERSON
ADC #99355                                                                                          PLAINTIFF

V.                              CASE NO. 5:11CV00258 JLH/BD

RAY HOBBS, et al.                                                                              DEFENDANTS

## ORDER

Mr. Anderson has filed three motions that seek discovery from the Defendants. Discovery requests must be served directly upon counsel for the Defendants and should not be filed with the Court.

The motions (docket entries #117, #118, and #120) are DENIED, this 6th day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE