IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES KEN ANDERSON                                                                           PLAINTIFF
ADC #99355

v.                                    NO. 5:11CV00258 JLH/BD

RAY HOBBS, et al.                                                                           DEFENDANTS

## ORDER

The Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere has been received, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects. Anderson's motion to amend his complaint (docket entry #156) is DENIED.

IT IS SO ORDERED this 24th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE