## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JAMES KEN ANDERSON                                                                         PLAINTIFF
ADC #99355

v.                                      NO. 5:11CV00258 JLH/BD

RAY HOBBS, *et al.*                                                                    DEFENDANTS

### ORDER

The Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere has been received, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects. Separate Defendant Roland Anderson's motion to dismiss and Plaintiff James Ken Anderson's motion for temporary restraining order and preliminary injunction (docket entries #160 and #179) are DENIED.

IT IS SO ORDERED this 29th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE