# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JAMES KEN ANDERSON
ADC #99355                                                                                    PLAINTIFF

V.                              CASE NO. 5:11CV00258 JLH/BD

RAY HOBBS, et al.                                                                          DEFENDANTS

## ORDER

Now pending is Mr. Anderson's motion for discovery. (Docket entry #219) In the motion, Mr. Anderson requests that the Court subpoena his medical records from Arkansas Orthopedic Center, the Arkansas Diagnostic Center, and his medical records from the Arkansas Department of Correction. Separate Defendants Anderson, York, and Ware have now responded to the motion and state that Mr. Anderson has the ability to review the medical records at issue at his unit.[1] (#229)

Accordingly, the motion for discovery (#219) is DENIED this 9th day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that although the Defendants' response was filed twenty-seven days after Mr. Anderson filed his motion, the Court has considered the contents of the Defendants' untimely response in ruling on the motion.