**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMES KEN ANDERSON,                                                                   PLAINTIFF
ADC #99355

v.                            NO. 5:11CV00258 JLH/BD

RAY HOBBS, et al.                                                                      DEFENDANTS

**ORDER**

James Ken Anderson, an Arkansas Department of Correction ("ADC") inmate, filed this action *pro se* alleging deliberate indifference to his serious medical needs and violations of the Americans with Disabilities Act.

Despite the Court's instruction to the contrary, Anderson has continued to file motions to amend his complaint. Most recently, he has filed three motions to supplement his complaint, claiming that he now suffers from cancer as a result of the defendants' failure to treat his medical needs. Those motions are DENIED. Documents #226, #231, and #236.

Anderson filed this lawsuit complaining that the defendants failed to provide him Hepatitis C treatment and that they knowingly caused the insertion of a defective knee-replacement device. The claims he now seeks to add are wholly unrelated to the claims in this lawsuit.

Anderson has been warned repeatedly not to file additional motions to amend his complaint. To date, the Court has been lenient because Anderson is proceeding *pro se*; however, further waste of judicial resources will not be tolerated. To that end, Anderson is prohibited from filing any further motions to amend or motions to supplement his complaint. He may continue to pursue the claims previously identified in this lawsuit, but no additional parties or claims will be added to this lawsuit.

The excessive number of irrelevant papers that Anderson has filed or attempted to file with the Court has caused significant delay in the progress of this lawsuit. There is already a stop-docket

order in effect. If Anderson continues to file frivolous motions, the Court will enter an order requiring him to show cause why this case should not be dismissed as a sanction under Federal Rule of Civil Procedure 11.

IT IS SO ORDERED this 31st day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE