# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JAMES KEN ANDERSON                                                                      PLAINTIFF
ADC #99355

v.                                    NO. 5:11CV00258 JLH/BD

RAY HOBBS, et al.                                                                       DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, James Ken Anderson's timely objections, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

Anderson's motion for temporary restraining order and preliminary injunction is DENIED. Document #197.

IT IS SO ORDERED this 3rd day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE