IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES KEN ANDERSON
ADC #99355                                                                                        PLAINTIFF

V.                          CASE NO. 5:11CV00258 JLH/BD

RAY HOBBS, et al.                                                                          DEFENDANTS

## ORDER

In response to a show cause order, separate Defendant John Lytle, M.D., has moved for additional time to file an Answer. (Docket entry #244) Dr. Lytle questions the validity of service, but will agree to waive service and deem himself served as of the date of this Order if he is allowed to answer. (#244, ¶9-11) Accordingly, the request (#244) is GRANTED, service is waived, and Dr. Lytle is deemed served on this date.

DATED this 4th day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE